No. 9436. JOHN O'SHEA et al., Plaintiffs and Respondents, *v.* BEECHER WARNER et al., Defendants and Appellants.

278 Pac. (2d) 1007.

Decided Sept. 17, 1954.

*Charles W. Jardine,* Broadus, *Leavitt & Lucas,* Miles City, for appellant.

*Colgrove & Brown,* Miles City, *Gene Huntley,* Baker, for respondent.

Per Curiam.

On application of Charles W. Jardine, Esq., of counsel for appellants, and stipulation filed by counsel for the respective parties, it is ordered that this appeal be, and it is hereby dismissed as fully settled.

MR. CHIEF JUSTICE ADAIR, and ASSOCIATE JUSTICES BOTTOMLY and ANDERSON, concur.